1  Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
San Jose, California 95110
4  Telephone: (408) 279-2288
Facsimile: (408) 279-2299
5
Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
CHARLES NICHOLSON,                          Federal Case No.: 5:15-CV-04590-RMW
12
            Plaintiff,
13
        vs.                                 **PLAINTIFF'S NOTICE OF VOLUNTARY
14                                          DISMISSAL OF DEFENDANT HSBC
EXPERIAN INFORMATION SOLUTIONS,             BANK USA, NATIONAL ASSOCIATION
15  INC.; et. al.,                          PURSUANT TO FEDERAL RULE OF
                                            CIVIL PROCEDURE 41(A)(1)**
16          Defendants.

17

18

19  **PLEASE TAKE NOTICE** that Plaintiff Charles Nicholson, pursuant to Federal Rule of Civil

20  Procedure 41(a)(1), hereby voluntarily dismisses Defendant HSBC Bank USA, National

21  Association, as to all claims in this action.

22          Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23          41(a) Voluntary Dismissal

24          (1) By the Plaintiff

25              (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26                  applicable federal statute, the plaintiff may dismiss an action without a court

27                  order by filing:

28

                                            1

1       (1) a notice of dismissal before the opposing party serves either an answer

2              or a motion for summary judgment.

3       Defendant HSBC Bank USA, National Association, has neither answered Plaintiff's

4   Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed

5   against it for all purposes and without an Order of the Court.

6

7   Dated: October 8, 2015                          Sagaria Law, P.C.

8
                                        By:    _/s/ Elliot W. Gale_____
9                                                    Elliot W. Gale
                                               Attorneys for Plaintiff
10                                             Charles Nicholson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2