1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  The Atrium
   19100 Von Karman Avenue, Suite 700
4  Irvine, California 92612
   Telephone: (949) 442-7110
5  Facsimile: (949) 442-7118

6  AUSTIN B. KENNEY (State Bar No. 242277)
   abk@severson.com
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

10

   Attorneys for
11 FORD MOTOR CREDIT COMPANY LLC,
   erroneously sued herein as FORD MOTOR
12 CREDIT COMPANY

13                    UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

| | |
|---|---|
| 16 CHARLES NICHOLSON, | Case No. 5:15-cv-04590-RMW |
| 17      Plaintiff, | [Removed from the Superior Court of California in and for the County of Santa |
| 18      vs. | Clara, Case No. 1:15-cv-285653] |
| 19 EXPERIAN INFORMATION SOLUTIONS, INC.; FORD MOTOR CREDIT COMPANY; | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 20 WELLS FARGO CARD SERVICES, INC.; and DOES 1 through 100, inclusive, | |
| 21 | Assigned for all purposes to: The Hon. Ronald M. Whyte, Ctrm. 6 |
|      Defendants. | |
| 22 | Action Filed:    September 15, 2015 Trial Date:    None |

23

24

25

26

27

28

1

## STIPULATION

2      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff CHARLES NICHOLSON

3 and defendant FORD MOTOR CREDIT COMPANY LLC, erroneously sued herein as FORD

4 MOTOR CREDIT COMPANY, hereby stipulate that this matter should be dismissed, with

5 prejudice, as the parties have reached an acceptable resolution of all differences among them related

6 to this action.  Each party will bear their own costs, expenses, and attorneys' fees.

7      **IT IS SO STIPULATED AND AGREED.**

8                                                    SAGARIA LAW
  DATED:  December ___, 2015           A Professional Corporation
9

10

11                                                  By:    _/s/ Elliot Gale_____
                                                                  Elliot Gale
12
                                                    Attorneys for Plaintiff
13                                                  CHARLES NICHOLSON

14
                                                    SEVERSON & WERSON
15 DATED:  December ___, 2015           A Professional Corporation

16

17
                                                    By:    _/s/ Austin B. Kenney_____
18                                                                Austin B. Kenney

19                                                  Attorneys for Defendant
20                                                  FORD MOTOR CREDIT COMPANY LLC, erroneously
                                                    sued herein as FORD MOTOR CREDIT COMPANY
21

22      **IT IS SO ORDERED.**

23 DATED:  December _28_, 2015

24

25                                                  _Ronald M. Whyte_
26                                                  The Hon. Ronald M. Whyte

27

28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE