1  SCOTT SAGARIA (State Bar No. 217981)
   ELLIOT GALE (State Bar No. 263326)
2  JOE ANGELO (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile:  (408) 279-2299
5
   Attorneys for Plaintiff
6  CHARLES NICHOLSON

7  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
8  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
9  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
10 SEVERSON & WERSON
   A Professional Corporation
11 One Embarcadero Center, Suite 2600
   San Francisco, California 94111
12 Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
13
   Attorneys for Defendants
14 WELLS FARGO BANK, N.A. (also sued as "Wells Fargo Card Services, Inc.")

15

16                    UNITED STATES DISTRICT COURT

17    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION — SAN JOSE DIVISION

18

19 | CHARLES NICHOLSON,                          | Case No. 5:15-cv-04590-RMW
20 |         Plaintiff,                          | **STIPULATION AND ORDER TO DISMISS WELLS FARGO**
21 |     vs.                                     |
22 | EXPERIAN INFORMATION SOLUTIONS,             | The Hon. Ronald M. Whyte
23 | INC.; EQUIFAX, INC.; BANK OF AMERICA, NATIONAL ASSOCIATION; FORD MOTOR CREDIT COMPANY;
24 | WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO CARD
25 | SERVICES, INC.; HSBC BANK USA, NATIONAL ASSOCIATION AND DOES 1
26 | THROUGH 100 INCLUSIVE,
27 |         Defendant.
28

Pursuant to the terms of the parties' contracts, Plaintiff CHARLES NICHOLSON ("Plaintiff"), and Defendant WELLS FARGO BANK, N.A., sued as "Wells Fargo Bank, National Association" and as "Wells Fargo Card Services, Inc." ("Wells Fargo" or "Defendant, collectively Wells Fargo and Plaintiff are referred to as the "Parties"), hereby stipulate and agree as follows:

1. The Parties may submit this matter to binding non-judicial arbitration;

2. Any arbitration shall be conducted through AAA; and

3. That Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and that each Party shall bear its own attorneys' fees and costs as to this federal court action.

**IT IS SO STIPULATED.**

DATED:  December 29, 2015        SEGARIA LAW
                                 A Professional Corporation

                                 By:    /s/ Elliot W. Gale
                                        Elliot W. Gale

                                 Attorneys for Plaintiff CHARLES NICHOLSON

DATED:  December 29, 2015        SEVERSON & WERSON
                                 A Professional Corporation

                                 By:    /s/ Rebecca S. Saelao
                                        Rebecca S. Saelao

                                 Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Rebecca S. Saelao, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing.

                                        /s/ Rebecca S. Saelao

Pursuant Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based on the stipulation submitted by Plaintiff and Wells Fargo, this action is hereby DISMISSED WITH PREJUDICE in favor of arbitration as to Defendant Wells Fargo Bank, N.A., sued as Wells Fargo Bank, National Association and Wells Fargo Card Services, Inc., and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:  1/5/2016

*Ronald M. Whyte*
Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE