THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE)**

| | |
|---|---|
| CHARLES NICHOLSON, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. et al., <br><br> Defendants. | Case No.: 5:15-cv-04590-RMW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

Plaintiff Charles Nicholson, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

- 1 –
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY – Case No. 5:15-cv-04590-HRL**

Respectfully submitted,

Date: January 5, 2016					/s/ *Elliott W. Gale (w/consent)*
								Scott J. Sagaria, Esq. (217981)
								Elliott W. Gale, Esq.  (263326)
								Joseph B. Angelo, Esq.  (268542)
								Sagaria Law, P.C.
								2033 Gateway Place, 5th Floor
								San Jose, CA  95110
								Telephone:  (408) 279-2288
								Fax:  (408) 279-2299

								*Counsel for Plaintiff Charles Nicholson*

Date: January 5, 2016					/s/ *Thomas P. Quinn, Jr.*
								Thomas P. Quinn (132268)
								Nokes & Quinn
								410 Broadway, Suite 200
								Laguna Beach, CA 92651
								Tel: (949) 376-3500
								Fax:  (949) 376-3070
								Email:  tquinn@nokesquinn.com

								*Counsel for Defendant Equifax Inc.*

								*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY –   Case No. 5:15-cv-04590-HRL**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is
2  dismissed with prejudice.  Plaintiff Charles Nicholson and Defendant Equifax Inc.
3  shall each bear their own costs and attorneys' fees.

Date: 1/5/2016                     *Ronald M. Whyte*
                                   _____
                                   Honorable Ronald M. Whyte
                                   United States District Court Judge

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055